MCGREGOR SCOTT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 6554179 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| KERRY OWEN | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through McGregor Scott, United States Attorney,

and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation

Number 6554179 against KERRY OWEN without prejudice in the interest of justice, pursuant to

Rule 48(a) of the Federal Rules of Criminal Procedure.


Dated: March 20, 2018          Respectfully Submitted,
                               McGregor Scott
                               United States Attorney

                       By:     *Kyle R. Ratliff*

                               Kyle R. Ratliff
                               Special Assistant United States Attorney

# O R D E R

      IT IS HEREBY ORDERED that Citation Number 6554179 against KERRY OWEN be dismissed without prejudice, in the interest of justice.

Dated:       March 21, 2018

HON. JENNIFER L. THURSTON
United States Magistrate Judge